IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Griffiths,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Wellington Capital Partners LLC, et al.,<br><br>　　　　Defendant. | No. CV-22-08232-PCT-SPL<br><br>**ORDER** |

　　　　Having reviewed the Notice of Voluntary Dismissal (Doc. 8),[1]

　　　　**IT IS ORDERED** that this matter is dismissed **with prejudice** pursuant to Federal Rule of Civil Procedure 41.

　　　　**IT IS FURTHER ORDERED** that the Motion to Dismiss (Doc. 9) is **dismissed as moot**.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

　　　　Dated this 17th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Defendant Jeffrey Lovallo filed a motion to dismiss on January 13, 2023 (Doc. 9). Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff can dismiss an action by "filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Thus, "[a] plaintiff's right of voluntary dismissal under Rule 41(a)(1) is not terminated by the filing of a Rule 12 motion to dismiss by the defendant." *Esquivel v. Arau*, 913 F. Supp. 1382, 1386 (C.D. Cal. Jan. 26, 1996).